**Order entered June 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00228-CR

**VICENTE RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-18106-U**

## ORDER

Before the Court is appellant's June 6, 2018 motion to extend the time to file appellant's brief. We **GRANT IN PART** the motion and **ORDER** appellant's brief filed **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE